UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SESCILY RENEE CONEY, | |
| Plaintiff, | |
| -against- | 25-CV-5011 (LTS) |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, ET AL., | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action seeking emergency relief. To proceed with a civil action in this Court, a plaintiff must either (1) pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee, or (2) request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted this filing by emailing her submissions to the Court's designated email address for filing a new case by email. The Court's procedures for filing a new case by email, which are posted on the Court's website, require the Plaintiff to either (1) email a completed and signed IFP application, or (2) pay the filing fees of $405.00 by certified check or money order, made out to Clerk, USDC, SDNY, and mailed to: Cashiers Room 120, 500 Pearl Street, New York, NY 10007.[1] While the Court's procedures allow Plaintiff 21 days to pay the filings fees, these procedures explain that the Court cannot take any action on this case until she files a

---

[1] The check must include the case number, which the Plaintiff can learn by calling (212) 805-0175.

completed and signed IFP application or pays the filing fees. Thus, within thirty days of the date of this order, Plaintiff must pay the filing fees or complete and submit the attached IFP application.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 13, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge