UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SESCILY RENEE CONEY,<br><br>Plaintiff,<br><br>- against -<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *et al.*,<br><br>Defendants. | : | 25-CV-5011 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's letter dated November 5, 2026, reporting that she has "sent Columbia three bank cashier's checks totaling $10,000 toward its disputed tuition claim." (Doc. 163.) Plaintiff now asks that I "direct Columbia to arrange a workable monthly payment plan that accounts for the $10,000 sent, reinstate [her] as a CUSON student, and lift the holds that prevent registration and course access." (*Id.*) I am also in receipt of the Columbia Defendants' response in opposition to such relief. (Doc. 164.)

Accordingly, Plaintiff and the Columbia Defendants are ORDERED to meet and confer about the status of Plaintiff's student account and to file a joint status report regarding the same by December 4, 2026. Should the parties fail to agree upon joint language, Plaintiff and the Columbia Defendants may list their positions separately within a single filing, though joint language is strongly encouraged.

Furthermore, to the extent Plaintiff's letter is construed as a request for a temporary restraining order and/or a preliminary injunction, that request is DENIED for the reasons stated

in my September 30, 2026 Opinion & Order denying Plaintiff's prior request for a temporary restraining order and a preliminary injunction, (Doc. 159 at 63–67).

SO ORDERED.

Dated: November 13, 2026
New York, New York

Vernon S. Broderick
United States District Judge